THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. INGELBERG BLUNDELL, True Name INGEBORG BLUNDELL, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of abortion, reversed on the law, the indictment dismissed and bail exonerated. There was no corroborative proof sufficient to satisfy the statute in accordance with the standards set forth in *People* v. *Kress* (284 N. Y. 452). Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.